UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD RICHARDSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 04-11412-NG |
| | ) |
| SUSA PARTNERSHIP, L.P., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant SUSA Partnership, L.P. ("SUSA"), submits the following disclosure statement by stating that Security Capital Self Storage Incorporated is SUSA's corporate parent and that General Electric Company is the corporate parent of Security Capital Self Storage Incorporated. SUSA also states that, because SUSA does not own stock, no publicly-held company owns 10% or more of its stock.

> Respectfully submitted,
>
> SUSA Partnership, L.P.
>
> /s/ Thomas Royall Smith
> Thomas Royall Smith (BBO # 470300)
> Amanda S. Rosenfeld (BBO # 654101)
> Jackson Lewis LLP
> 75 Park Plaza
> Boston, MA 02116
> (617) 367-0025

Dated: July 26, 2004