UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HOWARD RICHARDSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11412-NG |
| | ) | |
| SUSA PARTNERSHIP, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties submit this Joint Statement pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference, and request that the Court approve the following proposed Pretrial Schedule and Discovery Plan:

### Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| September 30, 2005 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions. |
| November 30, 2005 | Deadline for filing dispositive motions, if any party determines that such a motion is appropriate. |
| December 30, 2005 | Deadline for filing oppositions, if any, to dispositive motions. A moving party may file a reply to the opposition of the responding party within 14 days. |
| January 30, 2006 | Plaintiff to disclose his experts and expert reports. |
| February 28, 2006 | Defendant to disclose its experts and expert reports. |
| April 28, 2006 | Depositions of Plaintiff's and Defendant's experts to be completed. |

The parties further understand and agree that this discovery schedule assumes the cooperation of the parties, all third party witnesses, and expert witnesses. The parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the unavailability of fact or expert witnesses due to vacation or work schedules.

## SETTLEMENT

On December 7, 2004, Defendant solicited a settlement demand from Plaintiff. To date, Plaintiff has not responded and the parties have not reached an agreement on settlement.

## CERTIFICATIONS

Local Rule 16.1(D)(3) certifications will be filed by each of the parties under separate cover. The parties decline to have a trial in front of a Magistrate.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,                                Respectfully submitted,

Howard Richardson,                                     SUSA Partnership, L.P.


/s/ Thomas Gleason                                     /s/ Thomas Royall Smith
Thomas Gleason (BBO # 547134)                          Thomas Royall Smith (BBO # 470300)
Gleason Law Offices, P.C.                              Amanda S. Rosenfeld (BBO # 654101)
163 Merrimack Street                                   Jackson Lewis LLP
Haverhill, MA 01830                                    75 Park Plaza
(978) 521-4044                                         Boston, MA 02116
                                                       (617) 367-0025
Dated: March 8, 2005