# EXHIBIT A

## GE-USA TIME REPORT

Employee Name: HOWARD E. Richardson  Facility: 0612

Weekly Time Report for WEEK ONE Ending: April 21, 2002

Regular Hours: 32      Overtime Hours:         Total Hours:

Explain Overtime Hours:

Total Overtime Hours:

| Date: | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 |
|---|---|---|---|---|---|---|---|
|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| In | 9:00 | 9:00 | 9:00 | Sql | 9:00 | 9:00 |  |
| Out | 5:00 | 5:00 | 5:00 | 4/15 | 6:00 | 10:08 |  |
| Time Off |  |  |  | 6w | Came Back 5:30 |  |  |
| Each Day |  |  |  |  | 6pm |  |  |
| Hours Worked | 8 | 8 | 8 | 9 | 9 | 1.5 |  |
| Each Day | 8 | 8 | 8 | 9 | 9 | 1.5 |  |

Howard came Back 5:30 6pm -S

Came Back 4 Keys.

Weekly Time Report for WEEK TWO Ending: 20

Regular Hours:      Overtime Hours:         Total Hours:

Explain Overtime Hours:

Total Overtime Hours:

| Date: |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| In |  |  |  |  |  |  |  |
| Out |  |  |  |  |  |  |  |
| Time Off |  |  |  |  |  |  |  |
| Each Day |  |  |  |  |  |  |  |
| Hours Worked |  |  |  |  |  |  |  |
| Each Day |  |  |  |  |  |  |  |

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
Social Security Number

Howard E Richardson
Employee's Signature

4/21/02
Date Submitted

_____
Supervisor's Signature

TIMESHET (REV. 6/25/91aeg)