UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD RICHARDSON, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 04-11412-NG |
| SUSA PARTNERSHIP, L.P., | ) |
| Defendant. | ) |

**AFFIDAVIT OF AMANDA S. ROSENFELD**

I, Amanda S. Rosenfeld, hereby depose and state as follows:

1. I am currently an associate in the law firm of Jackson Lewis, LLP. I, along with Thomas Royall Smith and my firm, represent Defendant, SUSA Partnership, L.P. ("SUSA"), in the above-captioned lawsuit.

2. True and accurate copies of relevant pages of Volume I of the Deposition of Howard Richardson ("(Pl. Tr. __)") are attached hereto as Exhibit A.

Signed under the pains and penalties of perjury this 15th day of September, 2005.

/s/ Amanda S. Rosenfeld
Amanda S. Rosenfeld