## GE-USA TIME REPORT

Employee Name: HOWARD E. Richardson    Facility: 0612

Weekly Time Report for WEEK ONE Ending: April 21, 2002

Regular Hours: 32    Overtime Hours: ___    Total Hours: ___

Explain Overtime Hours:

Total Overtime Hours:

| Date: | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 |
|---|---|---|---|---|---|---|---|
|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| In | 9:00 | 9:00 | 9:00 | Sal | 9:00 | 9:00 |  |
| Out | 5:00 | 5:00 | 5:00 | /15 | 6:00 | 10:0⁵ |  |
| Time Off |  |  |  | 6 | CameBack 5:30 |  |  |
| Each Day |  |  |  | w | | 6pm |  |
| Hours Worked | 8 | 8 | 8 | 9 | 9 | 7.5 |  |
| Each Day | 8 | 8 | 8 | 9 | 9 | 1.5 |  |

Notes at right: Holes com / Bac 5. / pm / Ca.Bcc 4 / 15.

Weekly Time Report for WEEK TWO Ending:    20

Regular Hours: ___    Overtime Hours: ___    Total Hours: ___

Explain Overtime Hours:

Total Overtime Hours:

Date:

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| In |  |  |  |  |  |  |  |
| Out |  |  |  |  |  |  |  |
| Time Off |  |  |  |  |  |  |  |
| Each Day |  |  |  |  |  |  |  |
| Hours Worked |  |  |  |  |  |  |  |
| Each Day |  |  |  |  |  |  |  |

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    Howard E Richardson    4/1/02
Social Security Number    Employee's Signature    Date Submitted

_____
Supervisor's Signature

TIMESHET (REV. 6/25/91 aeg)