## GLEASON LAW OFFICES

A PROFESSIONAL CORPORATION

163 MERRIMACK STREET

HAVERHILL, MA 01830

SCOTT F. GLEASON
THOMAS J. GLEASON*
SEAN P. GLEASON
WILLIAM P. BOLAND
MELISSA J. LEWANDOWSKI

TELEPHONE (978) 521-4044
FAX (978) 521-3738

July 6, 2005

Thomas Royall Smith, Esquire
JACKSON/LEWIS
75 Park Plaza
Boston, MA 02116

RE:  *Richardson vs. Susa Partnership, L.P.*
     *U.S. District Court C.A. No.: 04-11412-NG*

Dear Attorney Smith:

Thank you for your correspondence dated June 22, 2005 and July 1, 2005.

My client and I would like to view the original document in question. We are willing to come to your office to do this. We would like to do it as soon as possible.

I would also like to schedule the depositions of Marie Fournier and Michelle Varga. My assistant, Carolyn, will be contacting you in the near future to arrange the depositions.

Thank you.

Very truly yours,

Thomas J. Gleason

TJG/jmh

P:\ Clients\ Howard Richardson\ 7-6-05 letter to Atty Smith.doc

*ADMITTED TO PRACTICE IN MASSACHUSETTS AND NEW HAMPSHIRE