# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Howard Richardson**
                      Plaintiff

        V.                                    CIVIL ACTION **04-11412-NG**

**Susa Partnership, LP**
                      Defendant

## NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to ___MJ Alexander___ for the following ADR process:

| | | | |
|---|---|---|---|
| ☐ | SCREENING CONFERENCE | ☐ | EARLY NEUTRAL EVALUATION |
| **X** | **MEDIATION** | ☐ | MINI-TRIAL |
| ☐ | SUMMARY JURY TRIAL | ☐ | SETTLEMENT CONFERENCE |

☐   The ADR proceeding with principals present has been scheduled for **December 1, 2005** at **10:00 a.m.** in Courtroom **24** on the **7th** floor of the John Joseph Moakley United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐   You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

                                                        SARAH A. THORNTON
                                                        CLERK OF COURT

DATE: ___10/6/05___                            /s/ Karen Folan
                                                          Deputy Clerk

To:    All Counsel of Record
          and ADR Provider

(ADR Assignment.wpd - 3/7/2005)