UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD RICHARDSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-11412-NG |
| ) | |
| SUSA PARTNERSHIP, L.P., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant SUSA Partnership, L.P. ("SUSA"), submits the following supplemental disclosure statement by stating that SUSA Partnership, L.P. transferred almost all of its assets and liabilities to ESS SUSA Holdings, LLC, a subsidiary of Extra Space Storage, LLC, and that SUSA Partnership, L.P. is being liquidated.

Respectfully submitted,

SUSA Partnership, L.P.

/s/ Thomas Royall Smith
Thomas Royall Smith (BBO # 470300)
Amanda S. Rosenfeld (BBO # 654101)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: November 8, 2005