UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __RICHARDSON__<br>Plaintiff<br><br>V.<br><br>__SUSA PARTNERSHIP, LP__<br>Defendant | CIVIL ACTION<br><br>NO. __04cv11412NG__ |

## SETTLEMENT ORDER OF DISMISSAL

__GERTNER, D. J.__

The Court having been advised on __5/11/2006__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

__5/12/2006__  
Date

__/s/ JENNIFER FILO__  
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)