**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD RICHARDSON,<br>Plaintiff<br><br>v.<br><br>SUSA PARTNERSHIP, L.P.,<br>Defendant | )<br>)<br>)<br>)<br>)   Civil Action No. 04-11412-NG<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Howard Richardson, and Defendant, Susa Partnership, L.P., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

Respectfully Submitted,

| HOWARD RICHARDSON<br>By his attorneys, | SUSA PARTNERSHIP, L.P.<br>By its attorneys, |
|---|---|
| _____<br>Thomas J. Gleason, BBO #547134<br>Gleason Law Offices, P.C.<br>163 Merrimack Street<br>Haverhill, MA 01830<br>(978) 521-4044 | _____<br>Thomas Royall Smith, BBO #470300<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |
| Dated: June 5, 2006 | July 21, 2006 |